# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-7607-AB (JEM) | Date | February 4, 2020 |
|---|---|---|---|
| Title | MOHAMED MOUSA v. LASD, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|
| S. Lorenzo | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On December 19, 2019, the Court issued a Memorandum and Order Dismissing First Amended Complaint With Leave to Amend ("Dismissal Order"), in which the First Amended Complaint was dismissed with leave to amend and Plaintiff was ordered to file a Second Amended Complaint ("SAC") within thirty days.

Plaintiff has failed to file the SAC, which was due no later than January 20, 2020.

In addition, on December 31, 2019, the Dismissal Order that had been mailed to Plaintiff at his address of record was returned to the Court as undeliverable. The returned envelope was marked "Return to Sender; Paroled – Inactive Inmate." Plaintiff has been specifically advised that he is required by Local Rule 41-6 to keep the Court apprised of his current address and that failure to do so could result in dismissal of this action for failure to prosecute.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and/or failure to comply with a Court order based on Plaintiff's failure to file a SAC and failure to keep the Court apprised of his current address in violation of Local Rule 41-6. Plaintiff shall file a written response to this Order to Show Cause no later than **February 25, 2020**. Cause may be shown if Plaintiff files a SAC and a notice of change of address.

Failure to respond to this Order to Show Cause as ordered may result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a Court order.

cc: Parties

| | : |
|---|---|
| Initials of Preparer | slo |