JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED SALADDIN MOUSA, | Case No. CV 19-7607-AB (JEM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LASD, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: May 20, 2020

ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE